UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 17-04563 JGB (AFM)**                              Date:  October 24, 2017

Title    **Jonathan McKay v. Board of Supervisors, et al.**

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:       Attorneys Present for Defendants:
N/A                                     N/A

**Proceedings (In Chambers):  Order to Show Cause**

On July 6, 2017, plaintiff filed a First Amended Civil Rights Complaint pursuant to 42 U.S.C. § 1983.  On August 14, 2017, the Court ordered that the First Amended Complaint be served on defendants Jim McDonnell, in his official capacity, and Robert Gutierrez, M.D., Jin Yang Quan, M.D., Stuart L. Shear, M.D. and Arthur E. Pryor, M.D., in their individual capacities.  Plaintiff was provided with an appropriate number of Process Receipt and Return forms (USM-285) and a form Notice of Submission.  Plaintiff was instructed to complete information on the USM 285 forms and return them, along with a completed Notice of Submission, to the Magistrate Judge's Clerk.  Plaintiff was admonished that failure to return the completed forms within 30 days from the date of the order may result in the dismissal of his case without prejudice.  A review of the docket shows that, as of the date of this order, plaintiff has not returned the completed USM 285 forms and the Notice of Submission.

Plaintiff shall show cause on or before **November 14, 2017**, why this action should not be dismissed due to plaintiff's failure to prosecute.  The filing of Notice of Submission and completed USM-285 forms on or before November 14, 2017 shall discharge the order to show cause. Plaintiff is hereby cautioned that failing to comply with this Order and/or to show cause, will result in the recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |