# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN McKAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF SUPERVISORS, et al.,<br><br>　　　　Defendants. | Case No. CV 17-04563 JGB (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered dismissing this action without prejudice for failure to prosecute.

DATED: January 18, 2018

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE