JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JONATHAN McKAY, | Case No. CV 17-04563 JGB (AFM) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| BOARD OF SUPERVISORS, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED: January 18, 2018

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE